■ HAROLD BONIME, Appellant, v BRIDGE 21, INC., et al., Respondents. [799 NYS2d 417]—In a purported class action to recover damages for violation of the Telephone Consumer Protection Act (47 USC § 227), the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Rosenberg, J.), dated May 28, 2004, as granted the defendants' motion pursuant to CPLR 3211 (a) (7) to dismiss the complaint for failure to state a cause of action.

Ordered that the order is affirmed insofar as appealed from, with costs.

For the reasons set forth in *Rudgayzer & Gratt v Cape Canaveral Tour & Travel* (22 AD3d 148 [2005] [decided herewith]), a class action may not be maintained pursuant to CPLR 901 (b). Schmidt, J.P., Mastro, Rivera and Skelos, JJ., concur.

■ HAROLD BONIME, Respondent, v DISCOUNT FUNDING ASSOCIATES, INC., et al., Appellants. [799 NYS2d 418]—In a putative class action to recover damages for violations of the Telephone Consumer Protection Act (47 USC § 227), the defendants separately appeal, as limited by their respective briefs, from so much of an order of the Supreme Court, Kings County (G. Aronin, J.), dated October 6, 2003, as denied those branches of their respective motions which were pursuant to CPLR 3211 (a) (7) to dismiss the class action allegations and dismiss the complaint insofar as asserted against them.

Ordered that the order is reversed insofar as appealed from, on the law, with one bill of costs, the branches of the defendants' respective motions which were pursuant to CPLR 3211 (a) (7) to dismiss the class action allegations and dismiss the complaint insofar as asserted against them are granted, and the complaint is dismissed.

For the reasons set forth in *Rudgayzer & Gratt v Cape Canaveral Tour and Travel* (22 AD3d 148 [2005] [decided herewith]), a class action may not be maintained in this case (*see* CPLR 901 [b]). In light of our determination, the defendants' remaining contentions are academic. S. Miller, J.P., Ritter, Goldstein and Lifson, JJ., concur.